THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Tyesha R. H.,
 Tyrone D., Johnnie Lee R., Defendants,
 Of whom Tyesha
 H. is the, Appellant.
 In the interest of two minor children under the age of eighteen.
 
 
 

Appeal From Allendale County
Gerald C. Smoak, Jr., Family Court Judge

Unpublished Opinion No. 2011-UP-408 
 Submitted August 15, 2011  Filed August
29, 2011    

AFFIRMED

 
 
 
 Elmer Kulmala, of Barnwell, for Appellant.
 Amanda Frances Whittle, of Aiken, for
 Respondent.
 J. Morgan Kearse, of Allendale, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Tyesha H. appeals from the family court's final order terminating her parental
 rights to her two minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review
 of the record and the family court's findings of fact and conclusions of law
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 court's ruling. 
AFFIRMED.[1]
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.